UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY NELSON CRUZADO,<br><br>                              Plaintiff,<br><br>                    v.<br><br>SHAWN JOHN COMBS, et al.,<br><br>                              Defendants. | 24-CV-8203 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

By order dated September 24, 2025, the Court granted Plaintiff's motion to seek appointment of a guardian *ad litem* for purposes of this litigation. Dkt. 20. The Court requested a response from the Developmental Disabilities Defendant Program at Florida State Hospital and Florida's Agency for Persons with Disabilities regarding their ability to provide a guardian *ad litem*, conservator, or similar fiduciary to assist Plaintiff with this litigation. *Id.* No response has yet been received.

Accordingly, the Court grants Plaintiff's motion for pro bono counsel, Dkt. 18, for the limited purpose of representing Plaintiff at a competency hearing.

SO ORDERED.

Dated:   October 29, 2025
         New York, New York

                                                            _____
                                                                    RONNIE ABRAMS
                                                                United States District Judge