Application granted.

SO ORDERED.

**LAW OFFICE OF AMY JANE AGNEW, P.C.**

Honorable Ronnie Abrams
Justice, United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

_____
Hon. Ronnie Abrams
March 2, 2026

February 26, 2026

**VIA ECF**

Re:    *Cruzado v. Combes, et al., 24-cv-8203*

Dear Judge Abrams:

I recently filed a *pro bono* appearance for the limited purpose of assisting Plaintiff with any necessary competency hearing.  I visited with Mr. Cruzado on February 20, 2026, at Florida State Prison where he is currently housed.  Our meeting lasted 2 hours which is the maximum time allowed by the prison.

Based on my own experience in these matters, as well as Plaintiff's presentation, I do not believe a Rule 17 motion is necessary.  Mr. Cruzado is very respectful, well-spoken, he understands the case as filed, and though he has experienced brief spells of incompetency in criminal proceedings, he was recently adjudicated competent in a Florida state case and will be going to trial in October. Nonetheless, I do believe the assistance of *pro bono* counsel will be helpful to him and I offered to provide the same to him.

I would respectfully request 60 days in order to file an amended complaint or other notice to the extent it is appropriate under prevailing legal authority.  I will be conducting some basic research for Plaintiff and advising him on certain legal matters which, no doubt, eluded him in his *pro se* capacity.

I would be grateful for the Court's courtesy regarding the above request.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Pro Bono Counsel for Plaintiff*

---